IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHN DILLARD, et al.,          )
                               )
        Plaintiffs,            )
                               )
    v.                         )    CIVIL ACTION NO.
                               )     2:87cv1203-T
ESCAMBIA COUNTY BOARD OF       )        (WO)
EDUCATION,                     )
                               )
        Defendant.             )

OPINION

This long-standing lawsuit is now before the court on defendant Escambia County Board of Education's motion for final dismissal.    In the motion, the school board represents that it has complied with all outstanding orders in this case; that its post-2000 redistricting plan has been approved by the United States Department of Justice; and that plaintiffs have no objection to granting the motion and dismissing this case.

An appropriate judgment, granting the motion, will be entered.

DONE, this the 8th day of November, 2005.


＿＿＿＿＿／s／ Myron H. Thompson＿＿＿＿＿
UNITED STATES DISTRICT JUDGE