IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:87cv1203-T |
| ESCAMBIA COUNTY BOARD OF ) | (WO) |
| EDUCATION, ) | |
| ) | |
|    Defendant. ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) Defendant Escambia County Board of Education's motion for final dismissal (Doc. No. 2) is granted.

   (2) This lawsuit is dismissed in its entirety.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 8th day of November, 2005.**

                         **/s/ Myron H. Thompson**
                   **UNITED STATES DISTRICT JUDGE**